IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.   Case No: 3:02cr20/RV
      3:05cv355/RV/MD

TERRENCE B. ROBERTS

_____

**O R D E R**

This cause comes on for consideration upon the magistrate judge's report and recommendation dated September 26, 2005.  The defendant previously has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a _de novo_ determination of those portions to which an objection has been made.

Having considered the report and recommendation and all objections thereto timely filed by the parties, I have determined that the report and recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 (doc. 261) is summarily DISMISSED as untimely.

DONE AND ORDERED this 12th day of October, 2005.

/s/ _Roger Vinson_
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**